IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
ex rel

<u>Mr. ADRIAN SHAWNDALE HOLMES</u>     NO. <u>11-CV-744</u>
Full name & prison number        Mr. Radmel - Records
(if any) of Petitioner           D.A. Steven H. Cook
                                 Chief
Director of B.O.P.   Director of Grand Prairie, Texas   Probation Officer Terry V. ANDERSON
General Counsel  v.  Warden, B.A. Bledsoe, AW David Young
(Ms. Kotelen)        CMC Mr. Dunkenbarger              (See Attachment For Addresses)
Regional Director J.L. Norwood,  Unit Manager Mr. Adami
                     Case Manager Mr. Kissel
Name of Respondent

(PERSONS IN FEDERAL CUSTODY)

PETITION FOR WRIT OF HABEAS CORPUS

**FILED SCRANTON**
**APR 19 2011**
Per _____ DEPUTY CLERK

Instructions - READ CAREFULLY

    1. In order for this petition to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten), and the unsworn declaration signed by the petitioner. It shall set forth in concise form the answers to each applicable question. If necessary, petitioner may finish his answer to a particular question on the reverse side of the page or on an additional blank page. Petitioner shall make it clear to which question any such continued answer refers.

    2. Any false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury. Petitioners should therefore exercise care to assure that all answers are true and correct.

    3. When the petition is completed, the <u>original and three copies</u> shall be mailed to the Clerk, United States District Court, Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pa. 18501.

    If you are unable to pay the $5.00 filing fee for this action, you may petition the court to proceed <u>in forma pauperis</u>. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records.

Director Of B.O.P. - Unknown

General Counsel Ms. Kathleen - 320 First Street, N.W. Room 977 HOLC Washington, D.C. 20534

Regional Director, J.L. Norwood
Federal Bureau Of Prisons, Northeast Regional Office, U.S. Custom House - 7th Floor, 2nd And Chestnut Streets, Philadelphia, PA. 19106

District Attorney Steven H. Cook - Eastern District Of Tennessee, 800 Market Street, Suite 211, Knoxville, Tennessee 37902-2312

Warden - B.A. Bledsoe, CMC - Mr. Dunkenburger, Records - Mr. Readermel, Unit Manager - Mr. Adami, Case Manager - Mr. Kissel, - P.O. Box 1000, Lewisburg, PA. 17837

Director Of Designation And Sentence Computation Center (DSCC) - Designation And Sentence Computation Center, Grand Prairie Office Complex, U.S. Armed Force Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Tx. 75051.

Tony V. Anderson, Cheif Probation Officer - United States Probation, Howard H. Baker Jr., United States Courthouse, Suite 311, 800 Market Street, Knoxville, Tennessee 37902.

1. Place of detention _U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA, 17837_

2. Name and location of court which imposed sentence _KNOXVILLE, TENNESSEE, EASTERN DISTRICT_

3. The indictment number or numbers (if known) upon which and the offense or offenses for which sentence was imposed:

    (a) _3:98-CR-06-001_

    (b) _____

    (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

    (a) _Jan. 22, 1999, 180 months 7 5yrs._

    (b) _____

    (c) _____

5. Check whether a finding of guilty was made

    (a) after a plea of guilty _____

    (b) After a plea of not guilty ___✓___

    (c) after a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by

    (a) a jury ___✓___

    (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence? _("Yes")_

-2-

8. If you answered "yes" to (7), list

    (a) the name of each court to which you appealed:

    i. Direct Appeal Knoxville District

    ii. Sixth Circuit Of Appeals In Cincinnati Ohio

    iii. 2 Level Reduction (Crack Law)

    (b) the result in each such court to which appealed:

    i. Denied

    ii. Denied / Grand

    iii. Grand New 2 Level Reduction

    (c) the date of each such result:

    i. 1999/2000 etc.

    ii. 2008

    iii. 2009 Dec. 14th or 2001

    (d) if known, citations of any written opinions or orders entered pursuant to such results:

    i. The Order Was Sent To Designation And Sentence Computation Center (DSCC)

    ii. By Judge Thomas W. Phillips, District Judge

    iii. _____

9. State concisely the grounds on which you base your allegation that you are being held in custody unlawfully:

    (a) Once My Time Had Change From 180m. 15y. To Now 168m. 14y. (which Should Have Been Immediately Because Of The Two Level Reduction Put Me At Level 24 (106 132)) - Mr. Holmes Is on A 13yrs. Of Incarceration On A New 14yrs. Sentence.

    (b) Mr. Holmes, Is Doing Excessive Time/ Also Inside Of Mr. Holmes Central File There NOT Showing The New Presentence Report Nor The Order That Must Be IN SIDE

-3-

(c)

10. State concisely and in the same order the facts which support each of the grounds set out in (9):

(a) Mr. HOLMES, Were To Be Immediately Release (suppose)

(b) They Have Change The Release Date From April To June (The Warden B. A. Bledsoe & A. W. David Young Has Done The Second Change At 1 y. Back J. March of Date To My Release April 201

(c) On A 14 yrs Sentence At 85% You Do 12 yrs And 6 months, Mr. Holmes, Is Now Incarcerating on A 13 yrs Bid Serving Time, Mr. HOLMES, Is Now Serving On Due Done Time. Constitutional 8 Amend. Violations. (See: Exhibits As Proof They Are Attach As Evidence)

11. Have you filed previous petitions for habeas corpus motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction:

§2244  Yes

12. If you answered "yes" to (11), list with respect to each petition, motion or application

   (a) the specific nature thereof:

   i. §2244 On The Respect That I, Mr. HOLMES, Should Have Gotten his Full Term Of 2 Level Reduction At Level 24 (100-125) Not 12 months off

   ii. That Do Not Fit With The Standard Procedure

   iii. _____

   (b) the name and location of the court in which each was filed.

   i. Sixth Cir. Of Appeals In Cincinnati, Ohio

   ii. Knoxville, Tennessee

   iii. _____

   (c) the disposition thereof.

   i. Case No. 09-5490 Was Were The Order To Change The Time Was

   ii. Made by Judge: Thomas W. Phillips

   iii. Case No. 10-6211, IS because More Then 12 Month Should Have Been

   (d) the date of each such disposition:

   i. 09-5490 2009, Dec. 14, 2009 Fact: Year 2009

   ii. _____

   iii. _____

-5-

(e) If known, citations of any written opinions or orders entered pursuant to each such disposition:

1. <u>09-S490 Was Order Dec. 14 2010</u>

ii. _____

iii. _____

13. If you did not file a motion under Section 2255 of Title 28 United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

(a)


(b)


(c)


14. Has any ground set forth in (9) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any other petition, motion or application: *The Crack Law What Created The Action Over Done Time*

-6-

15. If you answered "yes" to (14), identify

    (a) which grounds have been previously presented:

    i. _2 Level Reduction_

    ii. _____

    iii. _See Supplemental Brief_

    (b) the proceedings in which each ground was raised:

    i. _____

    ii. _See x Supplemental Brief_

    iii. _____

16. Were you represented by an attorney at any time during the course of _See x Supplemental Brief_

    (a) your arraignment and plea: _Attach_

    (b) your trial, if any: _____

    (c) your sentencing: _____

    (d) your appeal, if any, from the judgment of conviction or the imposition of sentence?

    _____

    (e) preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed:

    _____

17. If you answered "yes" to one or more parts of (16), list

    (a) the name and address of each attorney who represented you:

    i. _____

    _____

    ii. _____

    iii. _____

(b) the proceedings at which each such attorney represented you:

    i. _____

    ii. _____

    iii _____

18. If you are seeking leave to proceed in forma pauperis, have you completed the unsworn declaration setting forth the required information (see instructions, page 1 of this form).

Executed at <u>U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA. 17837</u>
                 Name of Institution, city, state

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>April 10, 2011 - SUNDAY</u>
               Date

<u>Mr. Adrian D. Holmes</u>
    Signature of Petitioner

